**Order filed, June 19, 2018.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-18-00208-CV

———————

## GAIL G. WOOD, Appellant

## V.

## WILLIAM DIMITRIOUS WOOD, Appellee

---

**On Appeal from the 310th District Court
Harris County, Texas
Trial Court Cause No. 2015-52199**

---

## ORDER

The reporter's record in this case was due February 20, 2018 . *See* Tex. R. App. P. 35.1. Because the reporter's record has not been filed timely, we issue the following order.

We order Clarissa Ramirez and Kara Salazar, the court reporters, to file the record in this appeal **within 15 days** of the date of this order.

PER CURIAM